# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:03-cr-00083-MR-1

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>GREGORY DANIELS, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court upon the Government's Rule 35 Motion. [Doc. 29].

For the reasons stated in the Government's Motion, the Court finds that the Defendant has provided substantial assistance to the Government both prior to and since the imposition of his sentence of 246 months' imprisonment on March 30, 2005.

**IT IS, THEREFORE, ORDERED** that:

(1)  The Government's Rule 35 Motion [Doc. 29] is **GRANTED**, and the Defendant's sentence is reduced to a sentence of **240 months' imprisonment**;

(2)  The Clerk shall prepare an Amended Judgment consistent with this Order; and

(3) The Clerk shall certify copies of this Order to the Defendant, counsel for the Defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: April 10, 2017

Martin Reidinger
United States District Judge